UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JONATHAN W. McKINNEY,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN MILLS, et al.,<br><br>    Defendants. | Case No. C08-5720BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 8). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's claims against Defendant Pierce County Sheriff's Department are **DISMISSED WITHOUT PREJUDICE**, and this case is **RE-REFERRED** to Judge Strombom for further proceedings.

DATED this 4th day of May, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER