UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JONATHAN W. McKINNEY,

    Plaintiff,

    v.

C/O JOHN MILLS,

    Defendant.

Case No. C08-5720BHS

ORDER DENYING REPORT AND RECOMMENDATION AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER REVIEW

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 26), and Plaintiff's objections to the Report and Recommendation (Dkt. 27).

The November 16, 2009, Report and Recommendation ("R&R") recommends dismissing Plaintiff's complaint without prejudice because Plaintiff failed to exhaust the prison's grievance process before filing his federal complaint. Dkt. 26. Specifically, the R&R recognizes that Plaintiff arguably began some sort of process by filing a handwritten complaint but that Plaintiff did not complete the administrative appeal process before coming before this Court. Dkt. 26 at 7.[1]

---

[1] The R&R takes the position that, since Plaintiff's handwritten statement resulted in a department investigation and written reprimand of Defendant, Plaintiff arguably began but did not exhaust the grievance process. Dkt. 26 at 7. This position is at odds with the Defendant's position, which is that Plaintiff never even began the grievance process because he failed to request and then submit a grievance form, the first step(s) in the process. *See* Dkt. 13 at 4-5.

ORDER – 1

On December 2, 2009, Plaintiff timely objected to the R&R (Dkt. 27) and also filed a proposed second amended complaint (Dkt. 28). Plaintiff's second amended complaint alleges facts that, if true, could establish that Plaintiff's attempts to engage in the prison's grievance process were thwarted by the prison staff. Defendant did not respond to Plaintiff's objections to the R&R.

It appears that more facts are needed before this matter can be resolved. It is unclear whether Plaintiff began the grievance process through the submission of a handwritten statement. It is unclear whether or not Plaintiff was prevented by the prison staff from exhausting his remedies. Therefore, the Court concludes that Plaintiff's complaint cannot be dismissed prior to evaluating what effect, if any, the proposed amended complaint has on his case.

The Court having considered the Report and Recommendation, Plaintiff's objections, and the remaining record, does hereby find and order:

(1) The Court **DENIES** the Report and Recommendation; and

(2) This action is **REFERRED** back to the Magistrate Judge for further review as discussed herein.

DATED this 25th day of January, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2