UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JONATHAN W. MCKINNEY,

    Plaintiff,

    v.

JOHN MILLS, PIERCE COUNTY JAIL, ROB MASKO, and SGT. JONES,

    Defendants.

CASE No. C08-5720 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 57). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The Report and Recommendation is **ADOPTED**; and

(2)     Plaintiff's case is **DISMISSED** without prejudice.

DATED this 9th day of August, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER