# United States District Court

WESTERN DISTRICT OF WASHINGTON

JONATHAN W. McKINNEY

v.

JOHN MILLS, PIERCE COUNTYJAIL,
ROB MASKO, and SGT. JONES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5720BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Plaintiff's motion to voluntarily dismiss the action is GRANTED.

| | |
|---|---|
| August 11, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | s/CM Gonzalez |
| | Deputy Clerk |